OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

US POSTAGE 》PITNEY BOWES

ZIP 78744 $ 000.07
02 1W
0001367125 JUN 06 2016

6/1/2016

**PEINADO, DIANA FLORES    Tr. Ct. No. W10-25782-L(A)    WR-85,095-02**

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, pages or questions from the forms are omitted or deleted. Page two of the form has been omitted in both applications.

Abel Acosta, Clerk

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE
PRIVATE USE PENINDO

DIANA FLORES PEINADO
DALLAS COUNTY JAIL
COMMERCE ST
DALLAS, TX 75202

U.S. POSTAGE 》PITNEY BOWES

ZIP 78701 $ 000.26
02 1W
0001401623 JUN 03 2016